The People of the State of Illinois, defendant in error, v. John P. Cassidy, plaintiff in error.   Gen. No. 34,928.

Opinion filed May 19, 1931. Rehearing denied May 29, 1931.

John J. Byrne, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; Otho S. Fasig, Henry T. Chace, Jr., and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Scanlan delivered the opinion of the court.